**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**E-filing**

Northern District of Califirnia
450 Golden Gate Ave.
San Francisco, CA 94102
Electronic Documents: 1 to 5.

**SI**

| RE: | **GARY A. WILLIAMS vs. DEPARTMENT OF CORRECTION AND REHABILITATION** |
|---|---|
| **USDC No.:** | **2:08–CV–00829–LEW–DAD** |

Dear Clerk,

**(PR)**

Pursuant to the order transferring the above captioned case to your court, dated
April 30, 2008 , transmitted herewith are the following documents.

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**April 30, 2008**       /s/ **H. Kaminski**

Deputy Clerk

RECEIVED BY: _____

Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

Plaintiff's Name GARY A. WILLIAMS
Inmate No. P 48823
Address 566 South San PedRO
Los Angeles Calif.
90013

**FILED**

APR 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY A. WILLIAMS
(Name of Plaintiff)

vs.

DEPARTMENT OF

CORRECTION

REHABILITATION


(Names of all Defendants)

CIV-S 08-829 LEW DAD P
CASE PENDING

CV 08 2454

(Case Number)

COMPLAINT

**SI**

Civil Rights Act, 42 U.S.C. § 1983

**(PR)**

**I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):**

A.   Have you brought any other lawsuits while a prisoner?  Yes ___  No ✓

B.   If your answer to A is yes, how many? _____
     Describe previous or pending lawsuits in the space below.
     (If more than one, use back of paper to continue outlining all lawsuits.)

     1. Parties to this previous lawsuit:

     Plaintiff _____

     Defendants _____
     _____
     _____

     2. Court (if Federal Court, give name of District; if State Court, give name of County)
     _____

     3. Docket Number _____  4. Assigned Judge _____

     5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
     _____

     6. Filing date (approx.) _____  7. Disposition date (approx.) _____

II.   **Exhaustion of Administrative Remedies**

      A.    Is there an inmate appeal or administrative remedy process available at your institution?

      Yes ✓  No___

      B.    Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

      Yes ✓  No___

      If your answer is no, explain why not_____

      C.    Is the process completed?

      Yes ✓      If your answer is yes, briefly explain what happened at each level.
I RECEIVED MY 602 BACK WITH A LOG No # TO SEND
TO THE SECOND LEVEL. THEY HAD 15 DAYS TO NOTIFILY ME. BUT
HAVE NOT. AND A LIEUTENANT & INVASTIGATION WROTE ME AND STATED
THE INCIDENT & INVASTIGATION & RECORD HAS BEEN COMPLETED.  I
No___      If your answer is no, explain why not.
WROTE THE INSPECTOR GENERAL FOR CLEARIFICN & THIS MATTER.

                                    - ATTACH SHEETS-

**NOTICE:**    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III.  **Defendants**

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

      A.    Defendant NATHAN NASH is employed as STATE EMPLOYEE
of P.I.A. at SOLEDAD (CTF) STATE PRISON

B.   Additional defendants  THE DEPARTMENT of CORRECTION

IV.   **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

ON JANUARY of 2006 WHILE A INMATE AT SALINAS VALLEY STATE PRISON. I WORKED FOR PRISON INDUSTRY AUTHORITY P.I.A. AS A DAIRY WORKER. MR NASH A STATE EMPLOYEE AND I ARGUE AND HE BECAME PHYSICALY ABUSIVE BY ASSULTING ME BY CHOK- ING ME AND THREATENING ME. I REPORTED TO C/O WARREN WHO FELLOW THE CHAN of COMMEN BY NOTIFING THE LEU- TENANT WHO IN TURN NOTIFILY THE CAPTAIN. A INCIDENT RE- PORT WAS TAKEN. PINNING A INVASTIGATION of THIS INICIDENT.

— SUMMERY SHEET ATTACH —

V.   **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WOULD LIKE TO BE FINANCIAL COMPENSATION FOR BEING PHYSICALY ASSULTED, MENTAL ANGURISH AND LOST of WAGES FOR TAKING MY JOB BEFORE I PAROLE. AND COURT COAST (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.

Date 3.20.08          Signature of Plaintiff  Gary A Williams

(revised 2/10/2006)

# Summery of Incident

On January of 2006. I was Physical assulted &
battered, threatened by an state employee. His
name is Nathan Nash. I reported the incident To
C/O Warren, who inturn reported it to the Lieutenant
Salazar, who inturn reported it to the Captain,
by way of Phone, and I was told I'll be move
from the Yard for my safety, but a phone call
came at the moment of decision making said to be
The captain and he made the decision that I
could stay on the Yard, because the state employee
That's involed do not have ascess to come on the
Yard, he Mr. Nash works for Soledad.

   Mr. Nash Physically choke me & threatened
To hurt me! And I Fault the Department of
correction for not having a correctional officer
on the site of the Dairy, To keep problem like
This from accuring & P.IA. for employeeing
someone of this nature and Mr. Nash for his
action of Physically putting his hands on me.
   There a complete incident report with
Medical report and a written & video statement
And also there a statement made by the witness
And also a CO2 with Log No# and this was
Taking by than Sgt. Barbe under the Superivor
of Lieutenant Salazar and to my knowledge
the Captain was aware of all action.

I ask the (LT) Lieutenant Salazar about filing a 602 Right Now on the incident and He inturn said there No Need, because its in his hand's and a 602 would come to him and he inturn would write on the 602 under invastigation! So wait and 602 the finding

So. After 2 months I begin to worry, So I had a 602 type up on what happen and what the Lieutentant told me to do and I send to the Appeal Coordinator on 3·20·06 to be Log# and the Day I parole 3·21·06 the Lieutenant Salazar call me to his office before I left and asure me that it will be a invastigation and the result will be forward to me. By way of my Parole officer, but it has not happen.

So I wrote to the Warren of Salinas Valley, and the Appeal Coordinator, the Lieut-nant Salazar for information on this matter and finally I received at letter from a Lieut-nant of Soledad and he let me know that the invastigation has been completed.

I also rewrote a 602 to Appeal Coordinator of Sacramento and received a log No# and foward to the second level to be answer on- 1-8-08 and have not heard from the second level..

# Memorandum

Date    :    December 13, 2006

To    :    G. Williams, P48823
North Kern State Prison
FAB-3-153L

Subject :    **JANUARY 25, 2006, INCIDENT**

I am in receipt of your correspondence regarding an incident that occurred on January 25, 2006, between you and Mr. Nash at the CTF Dairy.

An investigation into this matter was completed by the Office of Internal Affairs. All staff personnel matters are confidential in nature. As such, results of the investigation will not be shared with staff, members of the public, or inmates.

Future correspondence regarding this matter can be directed to me at the Correctional Training Facility.

Lt. D. King, Jr.
Investigative Services Unit
Correctional Training Facility



*Matthew L. Cate, Inspector General*                                        *Office of the Inspector General*

December 11, 2007

Gary Williams, P-48823 (A Facility – 148L)
Wasco State Prison
P.O. Box 4400
Wasco, CA 93280

Dear Mr. Williams:

The Office of the Inspector General has received your letter. In your letter, you requested the findings of an investigation conducted by the California Department of Corrections and Rehabilitation in 2006. Due to confidentiality laws our office does not provide this type of information.

The Office of the Inspector General considers this matter closed. Thank you for bringing your concerns to our attention.

INTAKE AND REVIEW UNIT
Office of the Inspector General

EH: 07-16782-01



*Arnold Schwarzenegger, Governor*

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location:  Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME  GARY. Williams | NUMBER  P48823 | ASSIGNMENT  N/A | UNIT/ROOM NUMBER  A-3-167 L |
|---|---|---|---|

A. Describe Problem: ON JAN. 25, 200X I WAS ASSULTED & BATER by STATE EMPLOYEE Mr. Nash, I REPORT the INCIDENT AND A WRITEN STATEMENT WAS TAKEN with a MEDICAL REPORT AND A STATEMENT OF CO WORKER MR. KING.

If you need more space, attach one additional sheet.

B. Action Requested: I WOULD LIKE COPY OF ALL STATEMENT AND MEDICAL REPORT OF the INCIDENT PLEASE! BECAUSE I DIDNT RECEIVE COPY the DAY it WAS TAKEN AND its MY Rights to COPYS!

Inmate/Parolee Signature: Gary Williams    P 48823    Date Submitted: 1-15.07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: You will have to contact SVSP for copy of your ~~medical~~ medical Report. Any public record request must be made through your Institutional Public Record Coordinator. Any portion of the OIA Investigation is confidential and will not be provided to you.

Staff Signature: _____    ISU  Lt. CTF    Date Returned to Inmate: 1-24-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

Victoria C. Minor
Clerk of Court

501 "I" Street
Sacramento, CA 95814

Divisional Office
2500 Tulare Street
Fresno, CA 93721

**April 21, 2008**

**Case Number:**    **2:08–CV–00829–LEW–DAD**

**Case Title:**    **GARY A WILLIAMS,**    vs.    **DEPARTMENT OF CORRECTION AND REHABILITATION,**

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street , Suite 4–200
Sacramento, CA 95814

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5–133**  The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre–addressed postage–paid envelope for us to return your copy to you.

**Local Rule 5–135**  Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7–130**  Documents submitted to the court must be legible, on 8–½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre–punched with two (2) holes centered 2–¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

**Local Rule 7–132**  Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6–142**  A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30–250, 33–250, 34–250 and 36–250**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83–182**  Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work**  The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916–441–4396 or 916–441–4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

> Victoria C. Minor
> Clerk of Court
> United States District Court
>
> by: /s/ M. Dillon
> Deputy Clerk

The following is a sample Proof of Service. Pursuant to Rule 5 of the F.R.Cv.P. and Local
Rule 5-135, each document filed after the court orders service in your case shall be served on
opposing counsel and a proof of service attached to your document filed with the court.

<div style="border:1px solid;padding:1em;">

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title)

      Plaintiff or Petitioner

V.

        Case Number: 2:99-CV-99999 ABC DFG
        (example case no.)

      Defendant or Respondent

        **SAMPLE PROOF OF SERVICE**

        /

I hereby certify that on   (Date)_____, I served a copy

of the attached   (Title of Document Served and Filed)_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at   (Location of Mailing)_____:

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

        _____
        (Name of Person Completing Service)

</div>

# NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 73−305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the ˙ same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information. This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk

501 I Street, Room 4−200

Sacramento, CA 95814

Office of the Clerk

2500 Tulare Street , Suite 1501

Fresno, CA 93721

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

<u>GARY A WILLIAMS,</u>
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. <u>**2:08−CV−00829−LEW−DAD**</u>

**DEPARTMENT OF CORRECTION AND
REHABILITATION,**
Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF
A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE
SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐     **CONSENT TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned
hereby voluntarily consents to have a United States Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment, with direct review by the
Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____     Signature: _____

                            Print Name: _____
                                ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                            ( ) Counsel for *_____

---

☐     **DECLINE OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the
availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____     Signature: _____

                            Print Name: _____
                                ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                            ( ) Counsel for *_____

---

*****If representing more than one party, counsel must indicate name of each party responding.*

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

### TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 73–305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information. This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

| | |
|---|---|
| Office of the Clerk | Office of the Clerk |
| 501 I Street, Room 4–200 | 2500 Tulare Street , Suite 1501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

GARY A WILLIAMS,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO.  2:08–CV–00829–LEW–DAD

DEPARTMENT OF CORRECTION AND
REHABILITATION,
Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF**
**A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE**
**SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

### CONSENT TO JURISDICTION OF
### UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned
hereby voluntarily consents to have a United States Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment, with direct review by the
Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____          Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

✓ **DECLINE OF JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the
availability of a United States Magistrate Judge but hereby declines to consent.

Date: 4.29.08          Signature: _Gary A Willies_

Print Name: GARY, A WILLIAMS
(X) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

---

*If representing more than one party, counsel must indicate name of each party responding.*

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406)<br>(Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| GARY. A. WILLIAMS<br>566 So. SAN PEDRO *782<br>LOS. ANGELES, CALIF   90013<br><br>TELEPHONE NO.: 323-590-2259    FAX NO.:<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS: 501 "I" STREET. SUITE 4-200
CITY AND ZIP CODE: SACRAMENTO CALIF, 95814
BRANCH NAME:

PETITIONER/PLAINTIFF: GARY. A. WILLIAMS

RESPONDENT/DEFENDANT: DEPARTMENT OF CORRECTION & REHABILITATION

OTHER PARENT:

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>Z08-CV-00829-LEW-DAD |
|---|---|

**NOTICE: To serve temporary restraining orders you must use personal service (see form FL-330).**

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.  YES

2. My residence or business address is:  566 So. SAN PEDRO *782
   LOS ANGELES, CALIF   90013

3. I served a copy of the following documents (specify):
   TITLE 28, U.S.C., SEC. 636 (C)(2)

by enclosing them in an envelope AND
a. ☑ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
b. ☐ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: OFFICE OF THE CLERK   UNITED STATES DISTRICT COURT
   b. Address: 501 I STREET SUITE 4-200   SACRAMENTO  CALIF
                                                                      95814
   c. Date mailed: 5/5/08
   d. Place of mailing (city and state): 566 So SAN PEDRO ST. #782
                                                    L.A.CA. 90013
5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____                    ► *Gary Williams*
(TYPE OR PRINT NAME)                                (SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2003]

**PROOF OF SERVICE BY MAIL**

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**GARY A. WILLIAMS,**

vs.                                    CASE NO. **2:08−CV−00829−JAM−DAD**

**DEPARTMENT OF CORRECTION AND REHABILITATION,**

## ORDER OF REASSIGNMENT

The court, having considered the appointment of **Judge John A. Mendez,**

finds the necessity for reassignment of the above captioned case, and for notice to

be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from

**Senior Judge Ronald S.W. Lew**, to **Judge John A. Mendez**

for all further proceedings.   The new case number for this action, which must be used

on all future documents filed with the court, is:

**2:08−CV−00829−JAM−DAD**

All dates currently set in this reassigned action shall remain pending subject to

further order of the court.

Dated:  May 1, 2008

GARLAND E. BURRELL, JR. Chief
United States District Judge

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GARY A. WILLIAMS,

11           Plaintiff,              No. CIV S-08-0829 LEW DAD PS

12       vs.

13   DEPARTMENT OF CORRECTION          ORDER
     REHABILITATION, et al.,
14
             Defendants.
15   _____/

16          Plaintiff is a former state prisoner now residing in Los Angeles, California.

17   Plaintiff, proceeding pro se, has filed a civil rights complaint under 42 U.S.C. § 1983 and has

18   applied for leave to proceed in forma pauperis. The proceeding has been referred to the

19   undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

20          In his complaint, plaintiff alleges that he was an inmate of Salinas Valley State

21   Prison in January 2006, that he worked for the Prison Industry Authority at the Correctional

22   Training Facility dairy, and that he was assaulted at the dairy by a state employee by the name of

23   Nathan Nash. Plaintiff seeks money damages for physical injury, mental anguish, and lost

24   wages. Plaintiff identifies the defendants as Nathan Nash and the Department of Corrections.

25          The federal venue statute requires that a civil action, other than one based on

26   diversity jurisdiction, be brought in "(1) a judicial district where any defendant resides, if all

                                          1

1  defendants reside in the same State, (2) a judicial district in which a substantial part of the events
2  or omissions giving rise to the claim occurred, or a substantial part of property that is the subject
3  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is
4  no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

5          Salinas Valley State Prison and the Correctional Training Facility are located in
6  Monterey County, which is within the judicial district of the United States District Court for the
7  Northern District of California. See 28 U.S.C. § 84(a). Plaintiff has not sued any person who
8  resides within the judicial district of the United States District Court for the Eastern District of
9  California, and none of the events at issue occurred within this judicial district. See Will v.
10 Michigan Dep't of State Police, 491 U.S. 58, 70 (1989); Pennhurst v. Halderman, 465 U.S. 89,
11 98-99 & 101-02 (1984). It appears that all proper defendants reside within the judicial district of
12 the United States District Court for the Northern District of California, and plaintiff's claims for
13 damages arose in that district. Thus, it is appropriate that plaintiff's claims be litigated in the
14 United States District Court for the Northern District of California. In the interests of justice, this
15 action will be transferred to that court for further proceedings. See 28 U.S.C. § 1404(a).

16         Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
17 United States District Court for the Northern District of California.
18 DATED: April 29, 2008.

19
20  _Dale A. Drozd_
    DALE A. DROZD
21  UNITED STATES MAGISTRATE JUDGE

22 DAD:kw
DDad1/orders.pro se/williams0829.transfer
23
24
25
26

2

CIVIL, CLOSED, IFP_PENDING, PRO_SE

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00829-JAM-DAD

(PS) Williams v. Department of Correction and Rehabilitation
Assigned to: Judge John A. Mendez
Referred to: Magistrate Judge Dale A. Drozd
Cause: 42:1983 Civil Rights Act

Date Filed: 04/21/2008
Date Terminated: 04/30/2008
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

Gary A. Williams

represented by **Gary A. Williams**
566 South San Pedro #782
Los Angeles, CA 90013
PRO SE

V.

### Defendant

### Department of Correction and Rehabilitation

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/18/2008 | 1 | COMPLAINT against Department of Correction and Rehabilitation by Gary A Williams.(Dillon, M) (Entered: 04/21/2008) |
| 04/18/2008 | 2 | APPLICATION to proceed IFP by Gary A Williams. (Dillon, M) (Entered: 04/21/2008) |
| 04/21/2008 | 3 | [DISREGARD, ISSUED IN ERROR] PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Dillon, M) Modified on 4/25/2008 (Dillon, M). (Entered: 04/21/2008) |
| 04/21/2008 |  | SERVICE BY MAIL: 3 Prisoner New Case Documents for LEW served on Gary A Williams. (Dillon, M) (Entered: 04/21/2008) |
| 04/25/2008 | 4 | [DISREGARD] CIVIL NEW CASE DOCUMENTS ISSUED; (Dillon, M) Modified on 4/25/2008 (Dillon, M). (Entered: 04/25/2008) |
| 04/25/2008 |  | SERVICE BY MAIL: 4 Civil New Case Documents for LEW served on Gary A. Williams. (Dillon, M) (Entered: 04/25/2008) |
| 04/25/2008 |  | APPLICATION TO PROCEED IFP filed - Action Required. (Dillon, M) (Entered: 04/25/2008) |
| 04/30/2008 | 5 | ORDER signed by Magistrate Judge Dale A. Drozd on 4/29/08: CASE TRANSFERRED to Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Kaminski, H) (Entered: 04/30/2008) |
| 04/30/2008 |  | SERVICE BY MAIL: 5 Order, served on Gary A. Williams. (Kaminski, H) (Entered: 04/30/2008) |
| 04/30/2008 | 6 | TRANSMITTAL of DOCUMENTS on *4/30/2008* to * Northern District of Califirnia* *450 Golden Gate Ave.* *San Francisco, CA 94102*. *Electronic Documents: 1 to 5. *. (Kaminski, H) (Entered: 04/30/2008) |

| 05/01/2008 | 7 | ORDER by Chief Judge Garland E. Burrell, Jr.; Due to the recent appointment of Judge John A. Mendez to the bench of the Eastern District, this action is REASSIGNED from Senior Judge Ronald S.W. Lew to Judge John A. Mendez for all further proceedings. (Esteves, C) (Entered: 05/01/2008) |
|------------|---|---|
| 05/01/2008 | | SERVICE BY MAIL: 7 Order Reassigning Judge served on Gary A. Williams. (Esteves, C) (Entered: 05/01/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/13/2008 13:32:40 | | |
| **PACER Login:** us4077 | **Client Code:** | |
| **Description:** | Docket Report **Search Criteria:** | 2:08-cv-00829-JAM-DAD |
| **Billable Pages:** 2 | **Cost:** | 0.16 |