E-filing

FILED
08 JUN -4 PM 12: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

GARY. A. WILLIAMS

        Plaintiff,

vs.

DEPARTMENT of CORRECTION &
REHABILITATION    Defendant.

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

SI

(PR)

    I, GARY. A. WILLIAMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None__    Net: __None__

Employer: __None__

_____

1. If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

DON'T REMEMBER FOR SURE.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment                                    Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?                                   Yes ___ No ✓

   c. Rent payments?                                                             Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?                           Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?   Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

GR. THE AMOUNT 221⁰⁰ MO.

3. Are you married?                                                              Yes ___ No ✓

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____   Net $_____

4.  a.  List amount you contribute to your spouse's support: $ None

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____
6  _____
7  5.   Do you own or are you buying a home?        Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                   Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___N/A___
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No ✓
20 _____
21 8.   What are your monthly expenses?
22 Rent: $ __None__              Utilities: PHONES - $60 oc
23 Food: $ $75                   Clothing: ABOUT - 40" to 50" MO.
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 N/A                      $ N/A                    $ N/A
27 _____               $ _____             $ _____
28 _____               $ _____             $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

"60" S.A. WIRELESS

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-28-08                              [signature]
DATE                                 SIGNATURE OF APPLICANT

Case Number: CV 08 2454 SI (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __GARY A. WILLIAMS__ for the last six months
[prisoner name]
__WEINGART CENTER STATE PROGRAM__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated:_____                    _____
                                        [Authorized officer of the institution]

Gary Williams CDCR# P48823 was released to Parole on 12-29-07. He is no longer in prison.

David Labbé, Parole Agent II
California Dept of Corrections +
Rehabilitation
(213) 598-9685
5-30-08

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**Division of Adult Parole Operations**
**Parole Headquarters**
**Program Development Unit/Residential Multi-Service Center**
**Weingart Center Association**
**566 S. San Pedro Street**
**Los Angeles, CA  90013**



Date: 5/30/08
Regarding: **Williams, Gary A.**
Date of Birth: 10/23/1957
CII#: A08142774
CDCR#: P48823

To Whom It May Concern:

   Mr. Gary A. Williams was released to parole on 12-29-2007.  Since 1-3-08, Mr. Williams has been residing in a California Department of Corrections and Rehabilitation sponsored residential multi-service center.  This program provides the homeless, indigent Parolee population with food, housing and drug treatment services.

   If you require any additional information feel free to contact me.

Sincerely,

David Labbe
Parole Agent II
RMSC/Program Development Unit
213-689-2148