**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. WILLIAMS, | No. C 08-2454 SI (pr) |
| Plaintiff, | **ORDER RE. BRIEFING SCHEDULE** |
| v. | |
| NATHAN NASH, | |
| Defendant. | |

Defendant filed and served a motion to dismiss several months ago but due to a change of address by plaintiff at about the same time defendant filed his motion to dismiss, it is unclear whether plaintiff received the motion to dismiss. Defendant served a second copy of the motion to dismiss on plaintiff today at his current prison address in Norco, California. The court now sets the following new deadlines on the motion to dismiss: Plaintiff's opposition to the motion to dismiss must be filed and served upon defense counsel no later than **December 18, 2009**. Defendant's reply, if any, must be filed and served no later than **January 8, 2010**. No further extensions of the deadlines will be permitted.

IT IS SO ORDERED.

DATED: November 23, 2009

_Susan Illston_
SUSAN ILLSTON
United States District Judge