UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY A. WILLIAMS, | No. C 08-2454 SI (pr) |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS** |
| v. | |
| NATHAN NASH, | |
| Defendant. | |

Gary Williams filed a pro se civil rights complaint under 42 U.S.C. § 1983 in which he alleged that defendant used excessive force on him while he was incarcerated at Salinas Valley State Prison. Defendant filed a motion to dismiss on the ground that Williams failed to exhaust administrative remedies before filing the action, and Williams opposed the motion.

The motion must be denied based on an opinion issued after defendant filed his motion. Specifically, the Ninth Circuit held in Talamantes v. Leyva, 575 F.3d 1021, 1023-24 (9th Cir. 2009), that the provision of the Prison Litigation Reform Act that requires exhaustion of administrative remedies, 42 U.S.C. § 1997e(a), does not apply to former prisoners. Regardless of whether the plaintiff is a prisoner at the time of the acts or omissions giving rise to the § 1983 claim occurred, if he is not a prisoner at the time he files the action, he need not comply with the exhaustion requirement to proceed. See id. That is the situation here: Williams had been released on parole and was not a "prisoner" within the meaning of 42 U.S.C. § 1997e at the time he filed this action, even though he was a prisoner before the action was filed and became one again months after the action was filed. Section 1997e(a) does not bar Williams' action because

he was not a prisoner at the time he filed this action. Defendant's motion to dismiss therefore is DENIED. (Docket # 24.)

No later than **February 26, 2010**, the parties must file and serve case management reports indicating what discovery remains to be done, the amount of time needed for discovery, whether any further motions will be filed, when they will be ready for trial, and the expected length of the trial. In his case management report, plaintiff also should state when he expects to be released from custody. The statements need not be jointly prepared.

IT IS SO ORDERED.

Dated: January 25, 2010

_____
SUSAN ILLSTON
United States District Judge