UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY A. WILLIAMS,

    Plaintiff,

v.

DEPT. OF CORRECTIONS et al,

    Defendant.
_____/

Case Number: CV08-02454 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary A. Williams P-48823
204-40 Low
P.O. Box 3535
Norco, CA 92860

John Robert Whitefleet
Porter Scott Weiberg & Delehant
350 University Avenue, Suite 200
Sacramento, CA 95825

Terence J. Cassidy M
Porter Scott
350 University Avenue, Suite 200
Sacramento, CA 95865

Dated: January 26, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk