1  benefit of the prisoner mailbox rule (i.e., that documents are deemed filed by unrepresented
2  prisoners when handed to prison officials to mail them to the court).  Instead, he must be sure
3  that any document reaches the courthouse on or before the filing deadline.

4       IT IS SO ORDERED.

5  Dated: May 17, 2010

                                                                         _____
6                                                                              SUSAN ILLSTON
                                                                      United States District Judge

**United States District Court**
For the Northern District of California